# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **THE SUPERIOR BEVERAGE CO., INC.** | ) ) ) | **CASE NO. 4:05 CV 834** |
| **Plaintiff** | ) ) | **JUDGE PETER C. ECONOMUS** |
| v. | ) ) ) ) ) | |
| **SCHIEFFELIN & CO.** *fka* Schieffelin & Somerset Co. | ) ) ) | **MEMORANDUM OPINION AND ORDER** |
| **Defendant** | ) | |

---

| | | |
|---|---|---|
| **GOODMAN BEVERAGE CO., INC.,** *et al.* | ) ) ) | **CASE NO. 4:05 CV 868** |
| **Plaintiffs** | ) ) | **JUDGE PETER C. ECONOMUS** |
| v. | ) ) ) ) ) | |
| **SCHIEFFELIN & CO.** | ) ) ) | **MEMORANDUM OPINION AND ORDER** |
| **Defendant** | ) | |

This matter is before the Court upon the prior order requesting that the parties address

the potential applicability of the abstention doctrine established in <u>Louisiana Power & Light v. Thibodaux</u>, 360 U.S. 25 (1959). <u>See</u> (Case No. 4:05 CV 834, Dkt. # 25; Case No. 4:05 CV 868, Dkt. # 24). The Court hereby orders that all filings to be submitted in advance of the preliminary injunction hearing scheduled for June 3, 2005 shall be **STAYED** pending the Court's ruling on the abstention issue.

**IT IS SO ORDERED.**

                                          **/s/ Peter C. Economus - May 25, 2005**
                                          **PETER C. ECONOMUS**
                                          **UNITED STATES DISTRICT JUDGE**